JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYEDKHASHAYAR MOJTABAVI, | SA CV 24-1359 PA (ASx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ANTONY BLINKEN, et al., | |
| Defendants. | |

Pursuant to the Court's December 12, 2024 Minute Order granting the Motion to Dismiss filed by defendants Secretary of State Antony Blinken, United States Department of State, Director of State National Visa Center, and Attorney General Merrick B. Garland,

It is HEREBY ORDERED, ADJUDGED, AND DECREED that the First Amended Complaint filed by plaintiff Seyedkhashayar Mojtabavi is dismissed without leave to amend and that this action is dismissed with prejudice.

DATED: December 12, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE